*Per Curiam Decisions.*

No. 670. SECURITIES & EXCHANGE COMMISSION *v.* PHILADELPHIA COMPANY. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court with directions to dismiss the petition for review as moot, on joint motion for the parties. *Solicitor General Perlman* and *Roger S. Foster* for petitioner. *Thomas J. Munsch, Jr.* for respondent.

No. 679. KENNEDY *v.* WALKER, WARDEN. Appeal from the Supreme Court of Errors of Connecticut. *Per Curiam:* The judgment is affirmed. *Hurtado* v. *California,* 110 U. S. 516; *Adamson* v. *California,* 332 U. S. 46. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE dissent. *Clayton L. Klein* for appellant.